SCANNED
FEB 19 2004
U.S. DISTRICT COURT DULUTH

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-879 DWF/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STACY OLSON,

Defendant,

WAL-MART STORES, INC.,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about October 22, 2003.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about January 23, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory witholdings and previously served garnishments.

On or about October 23, 2003, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," in the amount of 25% of the judgment debtor's disposable earnings each pay period, until such time as the entire debt in this matter, including accruing interest and pursuant to 28 U.S.C. § 3011, the surcharge of 10% of the total debt due, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $1,076.40; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff as they become due and owing.

Dated: 2-19-04

Raymond L. Erickson
Judge
United States District Court