County of Benton ) SSN 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
State of Arkansas )

United Dept of Justice PLAINTIFF
VS. NO. 01-879-DWF/RLE
Stacey Olson DEFENDANT
Wal*Mart Stores, Inc. GARNISHEE

## ANSWERS OF GARNISHEE

Comes Wal*Mart Stores, Inc., through Diana McChristian, Payroll Manager, And for its Answer to the allegations and interrogatories directed against it filed by Plaintiff, ________________________, States:

1) On the date and at the time of service of the Writ of Garnishment to which said allegations and interrogatories were annexed, Garnishee, Wal*Mart Stores, Inc., was indebted to Defendant, in the amount of $________, for current wages as follows:

1. Gross Wages Due: $________(bi-weekly)
2. Less deductions required by law:
   A. Federal Withholding Tax (________)
   B. F.I.C.A. Withholding (________)
   C. State Income Tax Withholding (________)
3. Net Disposable Earnings ________
4. Amount not exempt:
   A. ¼ of net disposable earnings $________
   B. Net disposable earnings less $309.00 ________
   C. ____________ Determined by the court amount subject to garnishment is the lessor amount of either 4A or 4B. ________
5. Amount being held subject to Court order, Or paid to court herewith: Enter the lessor of either 4A or 4B.

2) Associate has terminated employment on 6/30/04

fax 612-664-5783
Nancy

Respectfully submitted,

Diana McChristian

Wal*Mart Stores, Inc.,
Diana McChristian
Payroll Manager
P.O. Box 82
Bentonville, AR 72712-0082

On 3/9/05, comes before me, a Notary Public for the County and State aforementioned, Wal*Mart Stores, Inc., Garnishee herein, by their representative Diana McChristian, Payroll Manager, and subscribed to this document, swearing under oath that the information set forth in the foregoing answer of Garnishee is true and correct to the best of its knowledge, information, and belief.

STATE OF ARKANSAS
JOETTA AMES
NOTARY PUBLIC
BENTON COUNTY
My Comm. Exp. March 1, 2011

Joetta Ames
Joetta Ames, Notary Public

SCANNED
MAR 10 2005
U.S. DISTRICT COURT MPLS

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

March 9, 2005

MAR - 9 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: United States v. Stacy A. Olson
Civil No. 01-879 DWF/RLE

Dear Mr. Sletten:

Enclosed for filing, is the original faxed Answer from the Garnishee WalMart, stating that the Defendant has been terminated, in regard to the above-entitled matter.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

Mary Trippler by [initials]

BY: MARY L. TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887

Enclosure

RECEIVED
05 MAR -9 PM 4:32
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MN