PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 31-MAR-2005

FOR: 2001Z00243/002

PAGE: 1 OF 2

DEBTOR: Olson, Stacy
COURT NUMBER: 01-879 DWF/RL
CURRENT LIABILITY BALANCE: $138.40

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | T | 22-JUL-2004 | GR/G | Wal Mart | MN /04/208 | 19390732 | | $60.30 | 22-JUL-2004 |

Total Payments for Debtor: $60.30