# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 31-MAR-2005 FOR: 2001Z00243/003 PAGE: 1 OF 2

DEBTOR: Olson, Stacy
COURT NUMBER: 01-879 DWF/RL PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 20-FEB-2004 | GR/G | WALMART | MN /04/100 | 9386775 | | $18.14 | 20-FEB-2004 |
| 0003 | PMNT | T | 18-MAR-2004 | GR/G | WalMart | MN /04/119 | 12858236 | | $6.26 | 18-MAR-2004 |
| 0004 | PMNT | T | 12-JUL-2004 | GR/G | Wal Mart | MN /04/198 | 018667132 | | $55.00 | 12-JUL-2004 |
| 0005 | PMNT | T | 22-JUL-2004 | GR/G | Wal Mart | MN /04/208 | 19390732 | | $10.60 | 22-JUL-2004 |

Total Payments for Debtor: $90.00