CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 01-879 DWF/RLE |
| STACY A. OLSON, | ) | |
| Defendant. | ) | |

I hereby certify that on 4/4/05, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Stacy Olson
XXXX XXX XX
Felton, MN 56536

Wal-Mart Stores, Inc.
Attn: Payroll Representative
P.O. Box 82
Bentonville, AR 72712-0082

s/ Nancy Lair